UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES TRAVIS ADKINS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:16-CV-525-HBG |
| MORGAN COUNTY, TENNESSEE, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 17].

Now before the Court is Plaintiff's Motion for Leave to File a Second Amended Complaint [Doc. 29]. Specifically, the Plaintiff requests to amend his Complaint to add as follows: (1) Southern Health Partners, Inc., as a defendant; (2) to identify defendant Jane Doe No. 1 ("Nurse Lisa") as Lucinda Heidel, LPN, a current or former employee of Southern Health Partners, Inc.,; and (3) a cause of action against Defendant Trevor Shadden for invasion of privacy/public disclosure of private facts. Further, the Plaintiff states that his amended Complaint more specifically identifies the John Doe defendants. The Plaintiff states that the Motion is timely pursuant to the Scheduling Order. In support of his Motion, the Plaintiff attached the Second Amended Complaint in accordance with Local Rule 15.1.

The Court finds that no party has responded in opposition to the Motion, and the time for doing so has expired. *See* E.D. Tenn. L.R. 7.2 ("Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought."). In addition, the Court finds that the Plaintiff's

Motion is supported by good cause, *see* Fed. R. Civ. P. 15, and it complies with the Rules of this Court, *see* E.D. Tenn. L.R. 15.1. Finally, the Court finds the Plaintiff's Motion timely pursuant to the Scheduling Order in this case. *See* [Doc. 20 at 6] ("If any party wishes to join one or more additional parties or amend to add alleged tortfeasors, such joinder or amendment shall be made on or before June 26, 2017."). Accordingly, the Plaintiff's Motion for Leave to File a Second Amended Complaint [**Doc. 29**] is **GRANTED**. The Plaintiff **SHALL FILE** his Second Amended Complaint [Doc. 29-1] as his operative pleading in CM/ECF on or before **July 25, 2017.**

    **IT IS SO ORDERED**.

                       ENTER:

                       */s/ Bruce Guyton*
                       United States Magistrate Judge