UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES TRAVIS ADKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:16-CV-00525-JRG-HBG |
| MORGAN COUNTY, TENNESSEE, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Chief United States Magistrate Judge H. Bruce Guyton's Report and Recommendation [Doc. 248]. Judge Guyton recommends the Court deny Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 1988 [Doc. 244]. None of the parties has timely objected to the report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Having carefully reviewed the record, the Court agrees with Judge Guyton's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 1988 [Doc. 244] is **DENIED**.

So ordered.

ENTER:

                                                  s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE